IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CV-00389-F

| | |
|---|---|
| CORNERSTONE BIOPHARMA, INC. and J-MED PHARMACEUTICALS, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| | ) **JOINT STATUS REPORT** |
| VISION PHARMA, LLC SANDER BUSMAN, THOMAS DESTEFANO, MICHAEL MCALOOSE and NEXGEN PHARMA, INC., | ) ) ) ) ) |
| Defendants. | ) |

Plaintiffs Cornerstone BioPharma, Inc. ("Cornerstone") and J-Med Pharmaceuticals, Inc. ("J-Med") and defendants Vision Pharma, LLC ("Vision"), Sander Busman, Thomas DeStefano, Michael McAloose and Nexgen Pharma, Inc. ("Nexgen"), through counsel, hereby submit this joint status report pursuant to the Court's order dated February 15, 2008 staying all proceedings in this case pending the U.S. Patent and Trademark Office's re-examination of the patent-in-suit, U.S. Patent 6,270,796 (the "'796 Patent").

On June 16, 2008, J-Med appealed the Examiner's rejection of all claims of the '796 Patent to the USPTO Board of Patent Appeals and Interferences, where the matter is now pending. The Examiner withdrew certain grounds for rejection on July 18, 2008. J-Med filed its appeal brief with the USPTO Board of Patent Appeals and Interferences on August 18, 2008 and a supplemental appeal brief on May 7, 2009. The Examiner's appeal brief has not been filed yet.

As the Court's stay order directs, the parties will provide a further status report to the Court in 120 days, or sooner, if the USPTO issues a final decision with respect to the '796 Patent.

This the 2nd day of October, 2009.

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
jmorris@smithlaw.com
Michael W. Mitchell
N.C. State Bar No. 16750
mmitchell@smithlaw.com
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP
2500 Wachovia Capitol Center
Post Office Box 2611
Raleigh, North Carolina 27602
Telephone: (919) 821-1220
Facsimile: (919) 821-6800

Attorneys for Plaintiffs

/s/ Benjamin F. Sidbury
Richard M. McDermott
N.C. State Bar No. 21201
rick.mcdermott@alston.com
Benjamin F. Sidbury
N.C. State Bar No. 28071
ben.sidbury@alston.com
Miranda F. Olvera
N.C. State Bar No. 34136
miranda.olvera@alston.com
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 2nd day of October, 2009, I electronically filed the foregoing Joint Status Report with the Clerk of Court using the CM/ECF system, which will send notification to the attorneys of record for Vision Pharma, LLC, Sander Busman, Thomas DeStefano, Michael McAloose and Nexgen Pharma, Inc. as follows:

| | |
|---|---|
| Richard M. McDermott | rick.mcdermott@alston.com |
| | debra.conyers@alston.com |
| Benjamin Freeman Sidbury | bsidbury@alston.com |
| | dbusey@alston.com |
| Miranda M. Olvera | miranda.olvera@alston.com |
| | cathy.lee@alston.com |

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
jmorris@smithlaw.com
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP
2500 Wachovia Capitol Center
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800