UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CV-389-F

| | |
|---|---|
| CORNERSTONE BIOPHARMA, INC. ) <br> and J-MED PHARMACEUTICALS, ) <br> INC., ) <br>  ) <br> Plaintiffs, ) <br> v. ) <br>  ) <br> VISION PHARMA, LLC, ) <br> SANDER BUSMAN, THOMAS ) <br> DESTEFANO, MICHAEL ) <br> MCALOOSE and NEXGEN PHARMA, ) <br> INC., ) <br>  ) <br> Defendants. ) | ORDER |

It is hereby ORDERED that:

1. The Stipulation of Dismissal of Claims filed by Plaintiff Cornerstone BioPharma, Inc. [DE-58] is APPROVED, and all claims asserted by Plaintiff Cornerstone are DISMISSED with prejudice, costs to be borne as agreed to by the parties;

2. The Stipulation of Dismissal of Claims filed by Plaintiff J-Med Pharmaceuticals, Inc. [DE-60] is APPROVED, and all claims asserted by Plaintiff J-Med are DISMISSED with prejudice, costs to be borne as agreed to by the parties;

3. Defendants' Motion to Dismiss [DE-59] is denied as moot; and

4. The Clerk shall lift the stay and close the case.

This the 16th day of May, 2013.

James C. Fox
JAMES C. FOX
Senior United States District Judge